IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RYDER TRUCK RENTAL, LT and RYDER TRUCK RENTAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BILLINGS COLLISION REPAIR, INC., EVA LOGISTICS, INC. and AMERICAN INTER-FIDELITY CORP. d/b/a AMERICAN INTER-FIDELITY EXCHANGE, <br><br> Defendants. | Cause No. CV 19-146-BLG-SPW <br><br> **ORDER** |

On April 23, 2020, Defendant EVA Logistics, Inc., filed a motion to dismiss the complaint. (Doc. 9). On June 8, 2020, the Court granted the Plaintiffs leave to file an amended complaint. (Doc. 25). The Plaintiffs filed an amended complaint on June 10, 2020. (Doc. 26). The amended complaint supersedes the complaint, rendering Defendant EVA Logistics' motion to dismiss the complaint moot. *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Defendant EVA Logistics' motion to dismiss the complaint (Doc. 9) is therefore denied.

DATED this 15th day of June, 2020.

_/s/ Susan P. Watters_
SUSAN P. WATTERS
United States District Judge