IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RYDER TRUCK RENTAL, LT; and RYDER TRUCK RENTAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BILLINGS COLLISION REPAIR, INC; AMERICAN INTER-FIDELITY CORP, d/b/a AMERICAN INTER-FIDELITY EXCHANGE; and R & E TOWING AND RECOVERY, LLC., <br><br> Defendants. | CV 19-146-BLG-SPW <br><br> ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

**IT IS HEREBY ORDERED** that within 45 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

**IT IS FURTHER ORDERED** that all deadlines are **VACATED**. The Final Pretrial Conference set for July 14, 2021 at 1:30 p.m. and the Bench Trial set for July 26, 2021 at 9:00 a.m., are **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 3rd day of December, 2020.

　　　　　　　　　　　　　　　　　　／s／ Susan P. Watters
　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　United States District Judge