IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



**FILED**

DEC 4 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| RYDER TRUCK RENTAL, LT; and RYDER TRUCK RENTAL, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BILLINGS COLLISION REPAIR, INC; AMERICAN INTER-FIDELITY CORP, d/b/a AMERICAN INTER-FIDELITY EXCHANGE; and R & E TOWING AND RECOVERY, LLC.,<br><br>Defendants. | CV 19-146-BLG-SPW<br><br>AMENDED ORDER |

Plaintiffs Ryder Truck Rental, LT and Ryder Truck Rental, Inc. ("Ryder") filed a Motion (Doc. 38) on December 4, 2020, seeking clarification of the Joint Status Report (Doc. 36) and an amendment to the order thereon (Doc. 37), on the basis that Ryder intends to pursue default judgment against Defendant Billings Collision Repair, Inc., which has not appeared in this case, and against which default has been entered (Doc. 8).

WHEREFORE, for good cause appearing, Ryder's Motion is **GRANTED**, and the Court's December 3, 2020 Order (Doc. 37), is hereby amended to read as follows:

The Court having been notified of the settlement in this case between the appearing parties, and it appearing that no issue between the appearing parties remains for the Court's determination,

**IT IS HEREBY ORDERED** that within 45 days of the date of this Order, the appearing parties shall file a stipulation to dismiss Ryder's claims against R&E Towing and Recovery, LLC and American Inter-Fidelity Corp., d/b/a American Inter-Fidelity Exchange, together with a proposed order dismissing the claims against those parties. Nevertheless, the case shall remain open pending Ryder moving for default judgment against non-appearing Defendant Billings Collision Repair, Inc.

**IT IS FURTHER ORDERED** that all deadlines are **VACATED**. The Final Pretrial Conference set for July 14, 2021 at 1:30 p.m. and the Bench Trial set for July 26, 2021 at 9:00 a.m. are **VACATED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this ___4th___ day of December, 2020.

SUSAN P. WATTERS
United States District Judge