IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

DEC 11 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| RYDER TRUCK RENTAL, LT; and RYDER TRUCK RENTAL, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BILLINGS COLLISION REPAIR, INC; AMERICAN INTER-FIDELITY CORP, d/b/a AMERICAN INTER-FIDELITY EXCHANGE; and R & E TOWING AND RECOVERY, LLC.,<br><br>Defendants. | CV 19-146-BLG-SPW<br><br>ORDER DENYING MOTION FOR DISMISSAL WITH LEAVE TO REFILE |

The Defendant American Inter-Fidelity Corp. d/b/a American Inter-Fidelity Exchange has filed a Motion for Dismissal with Prejudice of All Claims (Doc. 40). Upon the Court's review,

**IT IS HEREBY ORDERED** that the Defendant's Motion is **DENIED** with leave to refile for the reason that Defendant has filed a Motion for Dismissal. The Court's Amended Order (Doc. 39) states that the parties are to file a <u>stipulation to dismiss</u> together with a proposed order dismissing the claims against those parties.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 11th day of December, 2020.

SUSAN P. WATTERS
United States District Judge