IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RYDER TRUCK RENTAL, LT; and RYDER TRUCK RENTAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BILLINGS COLLISION REPAIR, INC; AMERICAN INTER-FIDELITY CORP, d/b/a AMERICAN INTER-FIDELITY EXCHANGE; and R & E TOWING AND RECOVERY, LLC., <br><br> Defendants. | CV 19-146-BLG-SPW <br><br> ORDER |

Upon the Stipulation for Dismissal with Prejudice of All Claims Against American Inter-Fidelity Corp. d/b/a American Inter-Fidelity Exchange (Doc. 42) between the parties hereto, by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause between Ryder Truck Rental LT and Ryder Truck Rental, Inc. and American Inter-Fidelity Corp. d/b/a American Inter-Fidelity Exchange is **DISMISSED with prejudice**, with each party to bear their own costs.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 11th day of December, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge