IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RYDER TRUCK RENTAL, LT; and RYDER TRUCK RENTAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BILLINGS COLLISION REPAIR, INC; and R & E TOWING AND RECOVERY, LLC., <br><br> Defendants. | CV 19-146-BLG-SPW <br><br> ORDER |

Upon the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 44) of Plaintiffs' claims asserted against R & E Towing and Recovery, LLC, by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause between Ryder Truck Rental LT and Ryder Truck Rental, Inc. and R & E Towing and Recovery, LLC is **DISMISSED with prejudice**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this

Order.

DATED this 30th day of December, 2020.

SUSAN P. WATTERS
United States District Judge