UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RYDER TRUCK RENTAL, LT; RYDER TRUCK RENTAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BILLINGS COLLISION REPAIR, INC.; EVA LOGISTICS, INC., AND AMERICAN INTER-FIDELITY CORP D/B/A AMERICAN INTER-FIDELITY EXCHANGE; AND R& E TOWING AND RECOVERY, LLC, <br><br> Defendant. | Case No. CV-19-146-BLG-SPW <br><br> JUDGMENT IN A CIVIL CASE |

    IT IS ORDERED AND ADJUDGED that Default Judgment is entered in favor of Plaintiff Ryder Truck Rental, LT and Ryder Truck Rental, Inc. and against Defendant Billings Collision Repair in the amounts of $16,702 for the damages owed on the Freightliner conversion $736.47 for costs; and until the judgment is satisfied, any post-judgment interest to which Ryder is entitled under law as Ordered in the Court's Order E.C.F. document 48.

    Dated this 30th day of April, 2021.

                      TYLER P. GILMAN, CLERK

                      By: /s/ E.Hamnes
                      E.Hamnes , Deputy Clerk